Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | Grow Green MI INC |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | 82-3761444 |

**4. Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 10566 Plaza Dr. Whitmore Lake, MI 48189 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Livingston | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)    https://growgreenmi.com/

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

| Debtor | Grow Green MI INC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | District | When | Case number |

| Debtor | Grow Green MI INC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | | When | Case number, if known |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency
       Contact name
       Phone

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☒ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☒ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☒ $1,000,001 - $10 million
☐ $500,000,001 - $1 billion

Official Form 201 **Voluntary Petition for Non-Individuals Filing for Bankruptcy** page 3

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | Grow Green MI INC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   June 20, 2024
                    MM / DD / YYYY

**X** /s/ Anthony Portelli                                                    Anthony Portelli
Signature of authorized representative of debtor          Printed name

Title   President

**18. Signature of attorney**

**X** /s/ Scott M. Kwiatkowski                                         Date  June 20, 2024
Signature of attorney for debtor                                                MM / DD / YYYY

Scott M. Kwiatkowski P-67871 scott@bk-lawyer.net
Printed name

Goldstein Bershad & Fried PC
Firm name

4000 Town Center
Suite 1200
Southfield, MI 48075
Number, Street, City, State & ZIP Code

Contact phone  248-355-5300        Email address

P-67871 MI
Bar number and State

**United States Bankruptcy Court**
**Eastern District of Michigan**

In re: Grow Green MI INC
Debtor(s)

Case No.
Chapter 11

**STATEMENT OF ATTORNEY FOR DEBTOR(S)**
**PURSUANT TO F.R.BANKR.P. 2016(b)**

The undersigned, pursuant to F.R.Bankr.P. 2016(b), states that:

1. The undersigned is the attorney for the Debtor(s) in this case.

2. The compensation paid or agreed to be paid by the Debtor(s) to the undersigned is: [Check one]

   [ ] **FLAT FEE**
   A. For legal services rendered in contemplation of and in connection with this case, exclusive of the filing fee paid . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . _____
   B. Prior to filing this statement, received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . _____
   C. The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . _____

   [X] **RETAINER**
   A. Amount of retainer received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15,000.00

   B. The undersigned shall bill against the retainer at an hourly rate of $ 325.00 . [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

3. $ 1,738.00 of the filing fee has been paid.

4. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including: [Cross out any that do not apply.]

   A. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   B. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   C. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   D. ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~
   E. ~~Reaffirmations;~~
   F. ~~Redemptions;~~
   G. ~~Other:~~

5. By agreement with the debtor(s), the above-disclosed fee does not include the following services:
   Representation of the Debtor in any dischargeability actions, judicial lien avoidances, relief from stay actions, reaffirmations, or any other adversary or contested proceeding. If retainer is exhausted, Debtor agrees to replace same and consents to withdrawal of attorney if retainer not replaced.

6. The source of payments to the undersigned was from:
   A. XX   Debtor(s)' earnings, wages, compensation for services performed
   B. _____   Other (describe, including the identity of payor) _____

7. The undersigned has not shared or agreed to share, with any other person, other than with members of the undersigned's law firm or corporation, any compensation paid or to be paid except as follows:

Dated: June 20, 2024

/s/ Scott M. Kwiatkowski
Attorney for the Debtor(s)
Scott M. Kwiatkowski
Goldstein Bershad & Fried PC
4000 Town Center
Suite 1200
Southfield, MI 48075
248-355-5300

P-67871 MI

Agreed: /s/ Anthony Portelli
Anthony Portelli
Debtor

Debtor

Advance Packaging Corp.
P.O. Box 888311
Grand Rapids, MI 49588-8311


Advanced Nutrients
1625 Heritage St.
Suite 104
Woodland, WA 98674-9766


Amazon Loans
410 Terry Ave N.
Seattle, WA 98109


American Express
Customer Care / Bankruptcy
P.O. Box 297812
Fort Lauderdale, FL 33329-7812


Anthony Portelli
10556 Plaza Dr
Whitmore Lake, MI 48189


Athena Products
3811 Wacker Drive
Mira Loma, CA 91752


Bachman Truck Tire Service, LLC
P.O. Box 902
Howell, MI 48844


balboa capital
575 Anton Blvd, Ste. 1080
Costa Mesa, CA 92626


BFG Supply Co., LLC
14500 Kinsman Rd.
Burton, OH 44021


CCG Financing
2135 City Gate Lane, Ste 440
Naperville, IL 60563


Central Coast Garden Products, Inc.
1354 Dayton St., Unit N
Salinas, CA 93901

Chiller Guy
1840 E. Woodsman Place
Chandler, AZ 85286


CIT
155 Commerce Way
Portsmouth, NH 03801


Citizens One Auto Finance
Attn: Bankruptcy Team
One Citizens Way
JCA115
Johnston, RI 02919-1922


Corrigan Oil
775 N. 2nd Street
Suite 1
Milan, MI 48160


CT Corporations System
330 N. Brand Blvd, Suite 700 ATTN:SPRS
Mount Wilson, CA 91023


Current Culture H2o (Sequoia)
4333 S. Minnewawa Ave.
Suite 101
Tulare, CA 93275


Dash Medical Gloves
9635 S. Franklin Dr.
Franklin, WI 53132


Davis Wholesale Supply
7690 Zionsville Rd.
Indianapolis, IN 46268


Dosatron International, LLC
P.O. Box 952127
Dallas, TX 75395-2127


Equify Finanical
777 Main St #3900,
Fort Worth, TX 76102

Fed Ex Corporate Services
c/o Attorney Ron Rich
30665 Northwestern
Farmington, MI 48334


Foreverbed
805 North East St.
Webb City, MO 64870


Fortech Properties
7600 Kensington Ct
Brighton, MI 48116


Fox Farm Soil & Fertilizer
8601 N. Scottsdale Rd.
Suite 309
Paradise Valley, AZ 85253


Frank's Cold Plunge
1000 SW 184th Ter
Pembroke Pines, FL 33029


Frey Group, LLC
372 Puseyvill Rd.
Quarryville, PA 17566


Garden City Fungi (Exhale CO2)
P.O. Box 1591
Missoula, MT 59806


GGM Transport, LLC
10505 Plaza Drive
Whitmore Lake, MI 48189


Golden Prairie Farms, Inc.
430 5th Street
P.O. Box 2
Nunn, CO 80648


Golden Prairie, Inc.
430 5th Street
P.O. Box 2
Nunn, CO 80648

Great Lakes Garden Wholesale
6811 Miller Dr.
Warren, MI 48092


Green Oak Charter Township
10001 Silver Lake Rd.
Brighton, MI 48116


Grow Generation
1000 W. Mississippi Ave.
Denver, CO 80223


Hawthorne Garden Supply Co.
75 Remittance Drive.
Suite 1917
Chicago, IL 60675-1917


High Caliper Growing, Inc.
7000 N. robinson Ave.
Oklahoma City, OK 73116-9043


Hortmark
302 S. Main St.
P.O. Box 127
Capac, MI 48014


Hubbard Snitchler & Parzianello, PLC
801 West Ann Arbor Trail
Plymouth, MI 48170


Intec Engineering
959 S. Telegraph Rd.
Monroe, MI 48161


Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346


Lendistry
767 S Alameda St.
Unit 340
Los Angeles, CA 90021

LN2 Gas and Supply
12620 Southfield Rd.
Detroit, MI 48223


Low Voltage
15814 Amore
Clinton Township, MI 48038


Maverick
458 Main St.
Wilmington, MA 01887


Michigan Department of Attorney General
Cadillac Place, 10th Floor
3030 W. Grand Blvd., Suite 10-200
Detroit, MI 48202


Michigan Department of Treasury
Collection/Bankruptcy Unit
P O Box 30168
Lansing, MI 48909


Michigan HR Group
3588 Plymouth Rd.
Suite 279
Ann Arbor, MI 48105-2603


Morgan Composting Inc. (Dairy Doo)
4353 US Highway 10
Sears, MI 49679


Morton Salt
444 West Lake St.
Chicago, IL 60606


Nataliya Krushelnytska
18928 85th Dr. NW
Stanwood, WA 98292


Netafirm Irrigation, INc.
5470 East Home Avenue
Dept. 144620
Fresno, CA 93727

```
Onramp Lending
1705 S. Capital of Texas Hwy.
Suite 500
Austin, TX 78746


Oregon's Only
P.O. Box 7312
OR 97475


Organically Done
11497 Dunlavy Lane
Whitmore Lake, MI 48189


Overhead Door Co. of Whitmore Lake
10810 Plaza Dr.
Whitmore Lake, MI 48189


Palmetto Vermiculite Co.
Attn:  Hunter Brown
13089 US-221
Fingerville, SC 29338


Pantero (Inspired Packaging Solutions)
164 Indusco Ct.
Troy, MI 48083


Peac Financing
PO Box 13604
Philadelphia, PA 19101


Plant Revolution
412 Goetz Ave.
Santa Ana, CA 92707


PNC Bank
Customer Service
P.O. Box 3429
Pittsburgh, PA 15230-3429


PNC Financing
Customer Service
P.O. Box 3429
Pittsburgh, PA 15230-3429
```

ProHort, Inc.
1015 Riley St.
Unit 6
Folsom, CA 95763


Reliable Compactor Service
P.O. Box 182314
Utica, MI 48318


Robert M. Weiss
280 N. Old Woodward
Suite 406
Birmingham, MI 48009


Sachs Peanuts, LLC
9232 U.S. 701 Highway
Clarkston, NC 28337


SAIA Motor Freight Line, LLC
P.O. Box 730532
Dallas, TX 75373-0532


SCHMALZ
5850 Oak Forest Dr.
Raleigh, NC 27616


Scynce Yes
4641 E. Ivy St.
Mesa, AZ 85205


Steel Horizon Logistics, LLC
11497 Dunlavy Lane
Whitmore Lake, MI 48189


Sunrich Promo, Inc.
1220 Sunflower St.
Crookston, MN 56716


Susanna Kravchenkov
7786 Beech St. NE
Minneapolis, MN 55432


Tandem Finanice Trailer
3801 Automation Way UNIT 207,
Fort Collins, CO 80525

The Organic Mechanics Soil Co.
P.O. Box 272
Modena, PA 19358


The Water Store
3603 Page Ave.
Jackson, MI 49203


Toogood Cannabis
22727 Nagel St.
Warren, MI 48089


Total Armored Car Service, Inc.
2950 Rosa Parks Blvd.
Detroit, MI 48216


Toyota Commercial Finance
P.O. Box 660926
Dallas, TX 75266-0926


Umpua Bank
1 SW Columbia St, Portland,
Portland, OR 97258


UNCO Industries, Inc.
1577 11th Ave.
Union Grove, WI 53182


UPS
P.O. Box 809488
Chicago, IL 60680


US Attorney (IRS)
Attn:  Civil Division
211 W. Fort Street, #2001
Detroit, MI 48226


Van Den Bosch Co.
4511 Hollard Ave.
Holland, MI 49424


Wolverine Freightliner - Westside
3000 William
Ypsilanti, MI 48198