☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   July 3, 2024      **X** /s/ Anthony Portelli
                                         Signature of individual signing on behalf of debtor

                                         Anthony Portelli
                                         Printed name

                                         President
                                         Position or relationship to debtor

Fill in this information to identify the case:

Debtor name    Grow Green MI INC

United States Bankruptcy Court for the:    EASTERN DISTRICT OF MICHIGAN

Case number (if known)    24-31158

☐ Check if this is an
    amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

---

### Part 1:   Summary of Assets

1.   **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
      Copy line 88 from *Schedule A/B*...........................................................................................   $    0.00

    1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*........................................................................................   $    592,355.00

    1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*..........................................................................................   $    592,355.00

---

### Part 2:   Summary of Liabilities

2.   **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................   $    1,847,998.00

3.   **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................   $    0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................   +$    2,400,703.55

4.   **Total liabilities** ................................................................................................................
   Lines 2 + 3a + 3b          $    4,248,701.55

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |
| 2.     **Cash on hand** | $500.00 |

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1.  Live Life Federal Credit Union | Checking | 5470 | $1,254.00 |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**

    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          | $1,754.00 |

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☐ No.  Go to Part 3.
   ■ Yes Fill in the information below.

7.     **Deposits, including security deposits and utility deposits**
       Description, including name of holder of deposit

| 7.1.   Security Deposit with Landlord | $18,000.00 |
| --- | --- |

8.     **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
       Description, including name of holder of prepayment

9. **Total of Part 2.**      $18,000.00
Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

11. **Accounts receivable**

11b. Over 90 days old:    31,771.00   -   31,771.00   =....     Unknown
           face amount      doubtful or uncollectible accounts

12. **Total of Part 3.**      $0.00
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** Approximately 70 pallets of fertilizer, soil, concrete, water softner salt, bird seed, cat food, | | $0.00 | | $5,000.00 |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** Approximately 40 pallets of fans, nutrients, soil, pots, saucers, electrical components, sand, pest control, and various gardening tools and equipment. | | $0.00 | | $40,000.00 |
| 22. | **Other inventory or supplies** Rack Shelving/pallet racking-attempted to sell no market-scrap value | | Unknown | | $15,000.00 |

| | | | | |
|---|---|---|---|---|
| Scrap Metal | | $0.00 | | $5,000.00 |
| Broken Pallet Jacks, other scrap value equipment | | $0.00 | | $3,000.00 |

23. **Total of Part 5.**

Add lines 19 through 22. Copy the total to line 84.      $68,000.00

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** <br> 6 offices with furniture | $0.00 | | $5,000.00 |
| 10 computers | $0.00 | | $1,500.00 |
| Various kitchen equipment | $0.00 | | $1,000.00 |

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**
Audio Visual Equipment inlcuding but not limited to speakers, projectors      $0.00      $3,000.00

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43.**    **Total of Part 7.**        $10,500.00

Add lines 39 through 42. Copy the total to line 86.

**44.**    **Is a depreciation schedule available for any of the property listed in Part 7?**

■ No

☐ Yes

**45.**    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No

☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.**   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   Box Truck 2013 Freightliner | $0.00 | | $7,000.00 |
| 47.2.   Box Truck 2016 Freighliner | $0.00 | | $7,000.00 |
| 47.3.   Box Truck 2015 Freightliner | $0.00 | | $12,000.00 |
| 47.4.   Semi Truck 2016 Freightliner | $0.00 | | $20,000.00 |
| 47.5.   Semi Truck 2016 Freightliner | $0.00 | | $20,000.00 |
| 47.6.   Semi Truck 2017 Freightliner | $0.00 | | $20,000.00 |
| 47.7.   Semi Truck 2016 Freightliner | $0.00 | | $20,000.00 |
| 47.8.   SEmi Truck 2016 Freightliner | $0.00 | | $20,000.00 |
| 47.9.   Semi Truck 2016 Freightliner | $0.00 | | $20,000.00 |
| 47.10.   Vanguard Trailer | $0.00 | | $500.00 |
| 47.11.   Strick Trailer | $0.00 | | $500.00 |
| 47.12.   2023 Great Dane Trailer | $0.00 | | $30,000.00 |

| 47.13 | 2023 Great Dane Trailer | $0.00 | $30,000.00 |
|---|---|---|---|
| 47.14 | 2023 Great Dane Trailer | $0.00 | $30,000.00 |
| 47.15 | 2024 Great Dane Trailer | $0.00 | $30,000.00 |
| 47.16 | 2024 Great Dane Trailer | $0.00 | $30,000.00 |
| 47.17 | 2024 Great Dane Trailer | $0.00 | $30,000.00 |
| 47.18 | 2024 Great Dane Trailer | $0.00 | $30,000.00 |
| 47.19 | 2024 Great Dane Trailer | $0.00 | $30,000.00 |
| 47.20 | 2024 Great Dane Trailer | $0.00 | $30,000.00 |
| 47.21 | 2024 Great Dane Trailer | $0.00 | $30,000.00 |
| 47.22 | 2024 Great Dane Trailer | $0.00 | $30,000.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| Box Machine | $0.00 | $3,000.00 |
|---|---|---|
| Tape Sealers | $0.00 | $600.00 |
| Scissorlift | $0.00 | $1,500.00 |
| Pallet wrapper | $0.00 | $5,000.00 |
| 2 vertical lifts | $0.00 | $6,000.00 |
| 5 pallet jacks | $0.00 | $1,000.00 |

| 4 toyota forklifts -lease | $0.00 | | $1.00 |

51.    **Total of Part 8.**                                                    | $494,101.00 |

      Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
      ■ No
      ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

    ■ No.  Go to Part 10.
    ☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ■ No.  Go to Part 11.
    ☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,754.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $18,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $68,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $10,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $494,101.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $592,355.00 | +91b. $0.00 |

92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92       $592,355.00

☐ Check if this is an
   amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property     **12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>Amount of claim<br><br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** Amazon Loans<br>Creditor's Name<br><br>410 Terry Ave N.<br>Seattle, WA 98109<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>All assets<br><br><br>**Describe the lien**<br>All asset lien | $285,998.00 | $500.00 |
| Creditor's email address, if known | **Is the creditor an insider or related party?**<br>■ No   ☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Date debt was incurred**<br><br>**Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | | |
| **2.2** balboa capital<br>Creditor's Name<br><br>575 Anton Blvd, Ste. 1080<br>Costa Mesa, CA 92626<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>SEmi Truck 2016 Freightliner<br><br><br>**Describe the lien** | $35,000.00 | $20,000.00 |
| Creditor's email address, if known | **Is the creditor an insider or related party?**<br>■ No   ☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Date debt was incurred**<br><br>**Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | | |

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | balboa capital | | | |
|---|---|---|---|---|
| | Creditor's Name | Describe debtor's property that is subject to a lien | $35,000.00 | $20,000.00 |

Semi Truck 2016 Freightliner

575 Anton Blvd, Ste. 1080
Costa Mesa, CA 92626
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | BFG Supply Co., LLC | | | |
|---|---|---|---|---|
| | Creditor's Name | Describe debtor's property that is subject to a lien | $66,000.00 | $18,000.00 |

All Assets

14500 Kinsman Rd.
Burton, OH 44021
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
1. Michigan Department of Treasury
2. BFG Supply Co., LLC

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

---

| 2.5 | CCG Financing | | | |
|---|---|---|---|---|
| | Creditor's Name | Describe debtor's property that is subject to a lien | Unknown | Unknown |

All Assets

2135 City Gate Lane, Ste 440
Naperville, IL 60563
Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Is the creditor an insider or related party?
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | CCG Financing | | |
|---|---|---|---|

Creditor's Name

2135 City Gate Lane, Ste 440
Naperville, IL 60563
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
2024 Great Dane Trailer

**Describe the lien**

$57,000.00     $30,000.00

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | CCG Financing | | |
|---|---|---|---|

Creditor's Name

2135 City Gate Lane, Ste 440
Naperville, IL 60563
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
2024 Great Dane Trailer

**Describe the lien**

$57,000.00     $30,000.00

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | CIT | Describe debtor's property that is subject to a lien | $60,000.00 | $20,000.00 |
|---|---|---|---|---|

Creditor's Name
Semi Truck 2016 Freightliner

155 Commerce Way
Portsmouth, NH 03801

Creditor's mailing address

**Describe the lien**
Purchase money security

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | CT Corporations System | Describe debtor's property that is subject to a lien | Unknown | $0.00 |
|---|---|---|---|---|

Creditor's Name
All Assets

330 N. Brand Blvd, Suite 700
ATTN:SPRS
Mount Wilson, CA 91023

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Contingent
■ Unliquidated
■ Disputed

---

| 2.1 0 | Equify Finanical | Describe debtor's property that is subject to a lien | $51,000.00 | $30,000.00 |
|---|---|---|---|---|

Creditor's Name
2024 Great Dane Trailer

777 Main St #3900,
Fort Worth, TX 76102

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

---

| Debtor | Grow Green MI INC | Case number (if known) | 24-31158 |
|---|---|---|---|
| | Name | | |

| | | As of the petition filing date, the claim is:<br>Check all that apply |
|---|---|---|
| **Do multiple creditors have an interest in the same property?** | | ☐ Contingent |
| ■ No | | ☐ Unliquidated |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | | ☐ Disputed |

---

**2.1 1**

| Equify Finanical | **Describe debtor's property that is subject to a lien** | $51,000.00 | $30,000.00 |
|---|---|---|---|
| Creditor's Name | 2024 Great Dane Trailer | | |

777 Main St #3900,
Fort Worth, TX 76102

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.1 2**

| Equify Finanical | **Describe debtor's property that is subject to a lien** | $51,000.00 | $30,000.00 |
|---|---|---|---|
| Creditor's Name | 2024 Great Dane Trailer | | |

777 Main St #3900,
Fort Worth, TX 76102

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.1 3**

| Michigan Department of Treasury | **Describe debtor's property that is subject to a lien** | $650,000.00 | $18,000.00 |
|---|---|---|---|
| Creditor's Name | UCC-1 Tax Lien | | |

Collection/Bankruptcy Unit
P O Box 30168
Lansing, MI 48909

Creditor's mailing address

**Describe the lien**

|  | Is the creditor an insider or related party? |
|---|---|
| _____ | ■ No |
| Creditor's email address, if known | ☐ Yes |
|  | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
|  | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** |  |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| Specified on line 2.4 | ■ Disputed |

---

| 2.1 4 | Peac Financing | Describe debtor's property that is subject to a lien | $50,000.00 | $20,000.00 |
|---|---|---|---|---|

| **Peac Financing** | **Describe debtor's property that is subject to a lien** |
|---|---|
| Creditor's Name | Semi Truck 2016 Freightliner |
| PO Box 13604 | |
| Philadelphia, PA 19101 | |
| Creditor's mailing address | **Describe the lien** |
|  | **Is the creditor an insider or related party** |
| _____ | ■ No |
| Creditor's email address, if known | ☐ Yes |
|  | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
|  | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** |  |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
|  | ☐ Disputed |

---

| 2.1 5 | PNC Financing | Describe debtor's property that is subject to a lien | $55,000.00 | $30,000.00 |
|---|---|---|---|---|

| **PNC Financing** | **Describe debtor's property that is subject to a lien** |
|---|---|
| Creditor's Name | 2023 Great Dane Trailer |
| Customer Service | |
| P.O. Box 3429 | |
| Pittsburgh, PA 15230-3429 | |
| Creditor's mailing address | **Describe the lien** |
|  | **Is the creditor an insider or related party?** |
| _____ | ■ No |
| Creditor's email address, if known | ☐ Yes |
|  | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
|  | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** |  |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |

☐ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.
_____

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.1 6**  **PNC Financing**
_____
Creditor's Name

Customer Service
P.O. Box 3429
Pittsburgh, PA 15230-3429
_____
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.
_____

**Describe debtor's property that is subject to a lien**
2023 Great Dane Trailer
_____

**Describe the lien**
_____

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$55,000.00        $30,000.00

---

**2.1 7**  **PNC Financing**
_____
Creditor's Name

Customer Service
P.O. Box 3429
Pittsburgh, PA 15230-3429
_____
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.
_____

**Describe debtor's property that is subject to a lien**
2023 Great Dane Trailer
_____

**Describe the lien**
_____

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$55,000.00        $30,000.00

---

**2.1 8**  **PNC Financing**
_____
Creditor's Name

Customer Service
P.O. Box 3429
Pittsburgh, PA 15230-3429
_____
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
2024 Great Dane Trailer
_____

**Describe the lien**
_____

$52,000.00        $30,000.00

---

24-31158-jda    Doc 38    Filed 07/03/24    Entered 07/03/24 15:25:19    Page 16 of 45

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.1 9 | | | | |
|---|---|---|---|---|

**PNC Financing**
Creditor's Name

Customer Service
P.O. Box 3429
Pittsburgh, PA 15230-3429
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Describe debtor's property that is subject to a lien**
2024 Great Dane Trailer

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

$55,000.00          $30,000.00

---

| 2.2 0 | | | | |
|---|---|---|---|---|

**Tandem Finanice Trailer**
Creditor's Name

3801 Automation Way UNIT
207,
Fort Collins, CO 80525
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

**Describe debtor's property that is subject to a lien**
2024 Great Dane Trailer

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

$57,000.00          $30,000.00

---

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 1 | **Umpqua Bank** | | **Describe debtor's property that is subject to a lien** | $35,000.00 | $20,000.00 |
| | Creditor's Name | | Semi Truck 2017 Freightliner | | |

5885 Meadows end
Lake Oswego, OR 97035

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 2 | **Umpqua Bank** | | **Describe debtor's property that is subject to a lien** | $35,000.00 | $20,000.00 |
| | Creditor's Name | | Semi Truck 2016 Freightliner | | |

5885 Meadows end
Lake Oswego, OR 97035

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     $1,847,998.00

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Debtor | Grow Green MI INC | Case number (if known) | 24-31158 |
|---|---|---|---|
| | Name | | |

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Lendistry<br>767 S Alameda St.<br>Unit 340<br>Los Angeles, CA 90021 | Line 2.1 | |
| Michigan Department of Attorney General<br>Cadillac Place, 10th Floor<br>3030 W. Grand Blvd., Suite 10-200<br>Detroit, MI 48202 | Line 2.13 | |

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown | $0.00 |
| Date or dates debt was incurred | Basis for the claim:<br>income tax | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address<br>Advance Packaging Corp.<br>P.O. Box 888311<br>Grand Rapids, MI 49588-8311<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Business Debt<br>Is the claim subject to offset? ☐ No ☐ Yes | $20,735.00 |
| **3.2** Nonpriority creditor's name and mailing address<br>Advanced Nutrients<br>1625 Heritage St.<br>Suite 104<br>Woodland, WA 98674-9766<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Business Debt<br>Is the claim subject to offset? ■ No ☐ Yes | $66,000.00 |

---

**3.3** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$62,347.00**

American Express
Customer Care / Bankruptcy
P.O. Box 297812
Fort Lauderdale, FL 33329-7812

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** 3005

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$12,601.00**

American Express
Customer Care / Bankruptcy
P.O. Box 297812
Fort Lauderdale, FL 33329-7812

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** 3002

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$40,000.00**

Athena Products
3811 Wacker Drive
Mira Loma, CA 91752

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,765.00**

Bachman Truck Tire Service, LLC
P.O. Box 902
Howell, MI 48844

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$23,335.00**

Central Coast Garden Products, Inc.
1354 Dayton St., Unit N
Salinas, CA 93901

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$48,362.00**

Chiller Guy
1840 E. Woodsman Place
Chandler, AZ 85286

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$24,299.00**

Citizens One Auto Finance
Attn: Bankruptcy Team
One Citizens Way
JCA115
Johnston, RI 02919-1922

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,000.00 |
|---|---|---|---|

Corrigan Oil
775 N. 2nd Street
Suite 1
Milan, MI 48160

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $9,497.00 |
|---|---|---|---|

Current Culture H2o (Sequoia)
4333 S. Minnewawa Ave.
Suite 101
Tulare, CA 93275

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $435.00 |
|---|---|---|---|

Dash Medical Gloves
9635 S. Franklin Dr.
Franklin, WI 53132

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $7,200.00 |
|---|---|---|---|

Davis Wholesale Supply
7690 Zionsville Rd.
Indianapolis, IN 46268

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $8,000.00 |
|---|---|---|---|

Dosatron International, LLC
P.O. Box 952127
Dallas, TX 75395-2127

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $473,332.01 |
|---|---|---|---|

Fed Ex Corporate Services
c/o Attorney Ron Rich
30665 Northwestern
Farmington, MI 48334

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,250.00 |
|---|---|---|---|

Foreverbed
805 North East St.
Webb City, MO 64870

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $33,000.00 |
|---|---|---|---|

**3.17**

**Nonpriority creditor's name and mailing address**
Fox Farm Soil & Fertilizer
8601 N. Scottsdale Rd.
Suite 309
Paradise Valley, AZ 85253

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

$33,000.00

---

**3.18**

**Nonpriority creditor's name and mailing address**
Frank's Cold Plunge
1000 SW 184th Ter
Pembroke Pines, FL 33029

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

$9,528.00

---

**3.19**

**Nonpriority creditor's name and mailing address**
Frey Group, LLC
372 Puseyvill Rd.
Quarryville, PA 17566

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

$13,153.00

---

**3.20**

**Nonpriority creditor's name and mailing address**
Garden City Fungi (Exhale CO2)
P.O. Box 1591
Missoula, MT 59806

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

$24,859.00

---

**3.21**

**Nonpriority creditor's name and mailing address**
GGM Transport, LLC
10505 Plaza Drive
Whitmore Lake, MI 48189

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

$21,485.00

---

**3.22**

**Nonpriority creditor's name and mailing address**
Golden Prairie Farms, Inc.
430 5th Street
P.O. Box 2
Nunn, CO 80648

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

$8,000.00

---

**3.23**

**Nonpriority creditor's name and mailing address**
Golden Prairie, Inc.
430 5th Street
P.O. Box 2
Nunn, CO 80648

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

$4,060.00

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,310.00 |
|---|---|---|---|

**3.24**

Nonpriority creditor's name and mailing address
Great Lakes Garden Wholesale
6811 Miller Dr.
Warren, MI 48092

As of the petition filing date, the claim is: *Check all that apply.*  $11,310.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25**

Nonpriority creditor's name and mailing address
Green Oak Charter Township
10001 Silver Lake Rd.
Brighton, MI 48116

As of the petition filing date, the claim is: *Check all that apply.*  $6,865.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26**

Nonpriority creditor's name and mailing address
Grow Generation
1000 W. Mississippi Ave.
Denver, CO 80223

As of the petition filing date, the claim is: *Check all that apply.*  $15,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27**

Nonpriority creditor's name and mailing address
Hawthorne Garden Supply Co.
75 Remittance Drive.
Suite 1917
Chicago, IL 60675-1917

As of the petition filing date, the claim is: *Check all that apply.*  $39,598.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28**

Nonpriority creditor's name and mailing address
High Caliper Growing, Inc.
7000 N. robinson Ave.
Oklahoma City, OK 73116-9043

As of the petition filing date, the claim is: *Check all that apply.*  $12,198.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29**

Nonpriority creditor's name and mailing address
Hortmark
302 S. Main St.
P.O. Box 127
Capac, MI 48014

As of the petition filing date, the claim is: *Check all that apply.*  $208,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30**

Nonpriority creditor's name and mailing address
Hubbard Snitchler & Parzianello, PLC
801 West Ann Arbor Trail
Plymouth, MI 48170

As of the petition filing date, the claim is: *Check all that apply.*  $10,895.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Grow Green MI INC | Case number (if known) | 24-31158 |
|---|---|---|---|
| | Name | | |

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,356.00 |
|---|---|---|---|

Intec Engineering
959 S. Telegraph Rd.
Monroe, MI 48161

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,000.00 |
|---|---|---|---|

LN2 Gas and Supply
12620 Southfield Rd.
Detroit, MI 48223

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,406.00 |
|---|---|---|---|

Low Voltage
15814 Amore
Clinton Township, MI 48038

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,000.00 |
|---|---|---|---|

Michigan HR Group
3588 Plymouth Rd.
Suite 279
Ann Arbor, MI 48105-2603

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,999.00 |
|---|---|---|---|

Morgan Composting Inc. (Dairy Doo)
4353 US Highway 10
Sears, MI 49679

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,069.00 |
|---|---|---|---|

Morton Salt
444 West Lake St.
Chicago, IL 60606

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,388.00 |
|---|---|---|---|

Nataliya Krushelnytska
18928 85th Dr. NW
Stanwood, WA 98292

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,466.90 |
|---|---|---|---|

**3.38**

Nonpriority creditor's name and mailing address
Netafirm Irrigation, INC.
5470 East Home Avenue
Dept. 144620
Fresno, CA 93727

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$11,466.90

---

**3.39**

Nonpriority creditor's name and mailing address
Onramp Lending
1705 S. Capital of Texas Hwy.
Suite 500
Austin, TX 78746

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$22,830.00

---

**3.40**

Nonpriority creditor's name and mailing address
Oregon's Only
P.O. Box 7312
 OR 97475

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$8,500.00

---

**3.41**

Nonpriority creditor's name and mailing address
Organically Done
11497 Dunlavy Lane
Whitmore Lake, MI 48189

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$25,320.00

---

**3.42**

Nonpriority creditor's name and mailing address
Overhead Door Co. of Whitmore Lake
10810 Plaza Dr.
Whitmore Lake, MI 48189

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$6,317.00

---

**3.43**

Nonpriority creditor's name and mailing address
Palmetto Vermiculite Co.
Attn:  Hunter Brown
13089 US-221
Fingerville, SC 29338

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$22,640.00

---

**3.44**

Nonpriority creditor's name and mailing address
Pantero (Inspired Packaging Solutions)
164 Indusco Ct.
Troy, MI 48083

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$19,000.00

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,474.00 |
| | Plant Revolution<br>412 Goetz Ave.<br>Santa Ana, CA 92707 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Business Debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,169.00 |
| | PNC Bank<br>Customer Service<br>P.O. Box 3429<br>Pittsburgh, PA 15230-3429 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Business Debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,000.00 |
| | ProHort, Inc.<br>1015 Riley St.<br>Unit 6<br>Folsom, CA 95763 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Business Debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,900.00 |
| | Reliable Compactor Service<br>P.O. Box 182314<br>Utica, MI 48318 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Business Debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,500.00 |
| | Robert M. Weiss<br>280 N. Old Woodward<br>Suite 406<br>Birmingham, MI 48009 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Business Debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $39,954.00 |
| | Sachs Peanuts, LLC<br>9232 U.S. 701 Highway<br>Clarkston, NC 28337 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Business Debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,169.00 |
| | SAIA Motor Freight Line, LLC<br>P.O. Box 730532<br>Dallas, TX 75373-0532 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Business Debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

24-31158-jda    Doc 38    Filed 07/03/24    Entered 07/03/24 15:25:19    Page 27 of 45

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,657.00 |
|---|---|---|---|
| | SCHMALZ<br>5850 Oak Forest Dr.<br>Raleigh, NC 27616 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Business Debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,048.00 |
|---|---|---|---|
| | Scynce Yes<br>4641 E. Ivy St.<br>Mesa, AZ 85205 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Business Debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,100.00 |
|---|---|---|---|
| | Steel Horizon Logistics, LLC<br>11497 Dunlavy Lane<br>Whitmore Lake, MI 48189 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Business Debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $41,670.00 |
|---|---|---|---|
| | Sunrich Promo, Inc.<br>1220 Sunflower St.<br>Crookston, MN 56716 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Business Debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,000.00 |
|---|---|---|---|
| | Susanna Kravchenkov<br>7786 Beech St. NE<br>Minneapolis, MN 55432 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Business Debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,729.66 |
|---|---|---|---|
| | The Organic Mechanics Soil Co.<br>P.O. Box 272<br>Modena, PA 19358 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Business Debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $324.00 |
|---|---|---|---|
| | The Water Store<br>3603 Page Ave.<br>Jackson, MI 49203 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Business Debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $192,920.00 |
|---|---|---|---|

Toogood Cannabis
22727 Nagel St.
Warren, MI 48089

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Business Debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |
|---|---|---|---|

Total Armored Car Service, Inc.
2950 Rosa Parks Blvd.
Detroit, MI 48216

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Business Debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |
|---|---|---|---|

Toyota Commercial Finance
P.O. Box 660926
Dallas, TX 75266-0926

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Business Debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,683.00 |
|---|---|---|---|

UNCO Industries, Inc.
1577 11th Ave.
Union Grove, WI 53182

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Business Debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $439,345.98 |
|---|---|---|---|

UPS
P.O. Box 809488
Chicago, IL 60680

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Business Debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $107,659.00 |
|---|---|---|---|

Van Den Bosch Co.
4511 Hollard Ave.
Holland, MI 49424

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Business Debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,000.00 |
|---|---|---|---|

Wolverine Freightliner - Westside
3000 William
Ypsilanti, MI 48198

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Business Debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

| Debtor | Grow Green MI INC | Case number (if known) | 24-31158 |
|--------|-------------------|------------------------|----------|
| | Name | | |

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | US Attorney (IRS)<br>Attn: Civil Division<br>211 W. Fort Street, #2001<br>Detroit, MI 48226 | Line _2.1_<br><br>☐ Not listed. Explain ____ | _ |

---

### Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + $ | 2,400,703.55 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | 2,400,703.55 |

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*     *Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest — 2021 Cadillac Escalade | |
| State the term remaining — unknown | Anthony Portelli |
| List the contract number of any government contract | 10556 Plaza Dr Whitmore Lake, MI 48189 |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest — Ford F-350 | |
| State the term remaining — unknown | Anthony Portelli |
| List the contract number of any government contract | 10556 Plaza Dr Whitmore Lake, MI 48189 |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest — 10566 Plaza Dr. | |
| State the term remaining — December 31, 2025 | Fortech Properties |
| List the contract number of any government contract | 7600 Kensington Ct Brighton, MI 48116 |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest — Credit Card Processing | |
| State the term remaining — Oct 2024 | Maverick |
| List the contract number of any government contract — n/a | 458 Main St. Wilmington, MA 01887 |

24-31158-jda    Doc 38    Filed 07/03/24    Entered 07/03/24 15:25:19    Page 31 of 45

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | 4 Toyota forklift leases | |
|---|---|---|---|
| | State the term remaining | | Toyota Financial Services<br>P.O. Box 8026<br>Cedar Rapids, IA 52408-8026 |
| | List the contract number of any government contract | | |

☐ Check if this is an
    amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | _____ | _____ Street <br> _____ <br> City   State   Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 | _____ | _____ Street <br> _____ <br> City   State   Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 | _____ | _____ Street <br> _____ <br> City   State   Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 | _____ | _____ Street <br> _____ <br> City   State   Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

**Fill in this information to identify the case:**

Debtor name    Grow Green MI INC

United States Bankruptcy Court for the:   EASTERN DISTRICT OF MICHIGAN

Case number (if known)   24-31158

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1:   Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | From the beginning of the fiscal year to filing date:<br>From   1/01/2024 to Filing Date | ■ Operating a business<br>☐ Other | $3,239,136.88 |
   | For prior year:<br>From   1/01/2023 to 12/31/2023 | ■ Operating a business<br>☐ Other | $17,117,744.00 |
   | For year before that:<br>From   1/01/2022 to 12/31/2022 | ■ Operating a business<br>☐ Other | $26,365,648.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

## Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. See Attached Spreadsheet | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. Anthony Portelli<br>Debtor address | 2024 | Unknown | ****This calculation needs to be reconciled by Debtor's principle and accountant. Will amend schedules upon receipt of reconciled numbers |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| Michigan Department of Treasury<br>Collection/Bankruptcy Unit<br>P O Box 30168<br>Lansing, MI 48909 | Funds sezied from bank acount | | $6,459.00 |

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:** Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. Michigan Department of Treasury | Audit | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

24-31158-jda    Doc 38    Filed 07/03/24    Entered 07/03/24 15:25:19    Page 35 of 45

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:   Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:   Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:   Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Goldstein Bershad & Fried PC<br>4000 Town Center<br>Suite 1200<br>Southfield, MI 48075 | | 2-29-24 through peition date includes filing fee | $20,778.50 |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.1. | Herbuck's Poultry Ranch<br>6425 W Grand River Ave<br>Saranac, MI 48881 | 3 Forklifts | 12-2823 | $14,000.00 |
| | **Relationship to debtor** | | | |
| 13.2. | GGM Transport LLC<br>10566 Plaza Dr<br>Whitmore Lake, MI 48189 | Freightliner Unite 4212 | 3-1-23 | $40,000.00 |
| | **Relationship to debtor** | | | |
| 13.3. | GGM Transport<br>10566 Plaza Dr<br>Whitmore Lake, MI 48189 | Freightliner 4214 | 3-1-23 | $40,000.00 |
| | **Relationship to debtor** | | | |
| 13.4. | GGM Transport LLC<br>10566 Plaza Dr<br>Whitmore Lake, MI 48189 | 4201 Freightliner | 3-1-23 | $25,000.00 |
| | **Relationship to debtor** | | | |
| 13.5. | Anthony Portelli<br>C/O Debtor | John Deere Skidsteer | 2023 | $25,000.00 |
| | **Relationship to debtor**<br>Owner | | | |

**Part 7:    Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy<br>From-To |
|---|---|---|
| 14.1. | 10520 Plaza Dr<br>Whitmore Lake, MI 48189 | 7-28-2021 -11-30-23 |

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:  Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☑ Yes. State the nature of the information collected and retained.

Collect bank data for invoice payment via payment system Bill.com
Collect customer name and addresses in Magento invoice processor

Does the debtor have a privacy policy about that information?
☐ No
☑ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☑ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.
☑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| Principle Financial Brian Frankie (Group Admin) | EIN: |

Has the plan been terminated?
☑ No
☐ Yes

## Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

---

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26a.1. | Khlaaed Hazzouril<br>2200 n Canton Center Rd<br>Canton, MI 48187 | 2020-2023 |
| 26a.2. | Brent Brown<br>Debtor address | 2021-current |
| 26a.3. | Keith Gilbert<br>180 Little Lake Dr<br>Ann Arbor, MI 48103 | 2023-current |
| 26a.4. | Sabrina Swanson | Bookkeeper in house-laid off in 2024 |
| 26a.5. | Jamie Needham | Bookkeeper-Laid off 2024 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26b.1. | Ann Arbor CPA<br>180 Little Lake Dr #3<br>Ann Arbor, MI 48103 | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address | |
|---|---|
| 26d.1. | Umpqua Banking |
| 26d.2. | PNC Bank<br>Customer Service<br>P.O. Box 3429<br>Pittsburgh, PA 15230-3429 |
| 26d.3. | Tandem Finanical |

| Name and address | | | |
|---|---|---|---|
| 26d.4. | Commercial Credit Group | | |
| 26d.5. | Equity Financial | | |
| 26d.6. | Citizens One Auto Finance | | |
| 26d.7. | On Ramp | | |
| 26d.8. | Amazon | | |
| 26d.9. | Bank of Ann Arbor<br>125 Fifth Avenue<br>Ann Arbor, MI 48109 | | |
| 26d.10. | American Express<br>P.O. Box 26312<br>Lehigh Valley, PA 18002-6312 | | |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Anthony Portelli | c/o Debtor | President | 100 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | | | | Services Rendered 2023 Payroll-12,400 2024 Payroll-16,294 |
| | Anthony Portelli | unknown | 2023-2024 | |

| Relationship to debtor |
|---|
| President |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

- ■ No
- ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ■ No
- ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:** Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___ July  3, 2024 ___

/s/ Anthony Portelli                              Anthony Portelli
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor ___ President ___

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☐ No
■ Yes

| Payment Date | Creditor Paid | Payment Mehtod | Amount |
|---|---|---|---|
| 05/16/2024 | APPLIED PLANT SCIENCE (Advanced Nutrients) | Amex PLUM | $1,300.00 |
| 05/15/2024 | APPLIED PLANT SCIENCE (Advanced Nutrients) | Amex PLUM | $1,100.00 |
| 05/14/2024 | APPLIED PLANT SCIENCE (Advanced Nutrients) | Amex PLUM | $2,300.00 |
| 05/08/2024 | APPLIED PLANT SCIENCE (Advanced Nutrients) | Amex PLUM | $500.00 |
| 05/07/2024 | APPLIED PLANT SCIENCE (Advanced Nutrients) | Amex PLUM | $900.00 |
| 05/07/2024 | APPLIED PLANT SCIENCE (Advanced Nutrients) | Amex PLUM | $1,400.00 |
| 05/07/2024 | APPLIED PLANT SCIENCE (Advanced Nutrients) | Amex PLUM | $1,600.00 |
| 04/30/2024 | APPLIED PLANT SCIENCE (Advanced Nutrients) | Amex Main | $1,400.00 |
| | APPLIED PLANT SCIENCE (Advanced Nutrients) | | $10,500.00 |
| | | | |
| 5/24/2024 | Athena Products | Chase | $2,000.00 |
| 5/22/2024 | Athena Products | Chase | $1,360.00 |
| 5/21/2024 | Athena Products | Chase | $2,000.00 |
| 5/20/2024 | Athena Products | Chase | $135.77 |
| 4/30/2024 | Athena Products | Chase | $1,000.00 |
| 4/25/2024 | Athena Products | Chase | $1,359.96 |
| 05/15/2024 | Athena Products | Amex Main | $1,500.00 |
| 05/14/2024 | Athena Products | Amex Main | $136.93 |
| 05/14/2024 | Athena Products | Amex Main | $1,000.00 |
| 05/13/2024 | Athena Products | Amex Main | $384.28 |
| 04/17/2024 | Athena Products | Amex Main | $104.49 |
| 04/17/2024 | Athena Products | Amex Main | $1,360.00 |
| 06/10/2024 | Athena Products | Amex PLUM | $174.61 |
| 04/03/2024 | Athena Products | Amex PLUM | $5,120.00 |
| | | Athena Products | $17,636.04 |
| | | | |
| 5/28/2024 | GROW GENERATION | chase CC | $887.10 |
| 5/23/2024 | GROW GENERATION | chase CC | $1,484.85 |
| 5/22/2024 | GROW GENERATION | chase CC | $2,146.42 |
| 5/22/2024 | GROW GENERATION | chase CC | $1,109.00 |
| 4/29/2024 | GROW GENERATION | chase CC | $750.11 |
| 4/29/2024 | GROW GENERATION | chase CC | $600.96 |
| 4/25/2024 | GROW GENERATION | chase CC | $1,491.66 |
| 4/24/2024 | GROW GENERATION | chase CC | $2,273.16 |
| 4/15/2024 | GROW GENERATION | chase CC | $3,220.80 |
| 4/10/2024 | GROW GENERATION | chase CC | $784.90 |
| 4/9/2024 | GROW GENERATION | chase CC | $1,992.00 |
| 4/8/2024 | GROW GENERATION | chase CC | $1,936.44 |
| 4/4/2024 | GROW GENERATION | chase CC | $1,416.45 |
| 3/29/2024 | GROW GENERATION | chase CC | $513.82 |
| 3/30/2024 | GROW GENERATION | chase CC | $2,360.25 |
| 3/28/2024 | GROW GENERATION | chase CC | $607.80 |
| 3/28/2024 | GROW GENERATION | chase CC | $1,743.10 |
| 3/27/2024 | GROW GENERATION | chase CC | $607.80 |
| 3/27/2024 | GROW GENERATION | chase CC | $950.10 |
| 3/26/2024 | GROW GENERATION | chase CC | $342.40 |
| 3/26/2024 | GROW GENERATION | chase CC | $1,698.60 |

| Date | Vendor | Account | Amount |
|---|---|---|---|
| 3/26/2024 | GROW GENERATION | chase CC | $1,111.40 |
| 05/16/2024 | GROW GENERATION | Amex Main | $3,206.92 |
| 05/16/2024 | GROW GENERATION | Amex Main | $3,366.60 |
| 05/15/2024 | GROW GENERATION | Amex Main | $1,204.84 |
| 05/15/2024 | GROW GENERATION | Amex Main | $1,633.83 |
| 05/13/2024 | GROW GENERATION | Amex Main | $899.70 |
| 05/13/2024 | GROW GENERATION | Amex Main | $5,106.00 |
| 05/10/2024 | GROW GENERATION | Amex Main | $6,982.50 |
| 05/09/2024 | GROW GENERATION | Amex Main | $1,270.41 |
| 05/09/2024 | GROW GENERATION | Amex Main | $13,687.50 |
| 05/08/2024 | GROW GENERATION | Amex Main | $2,184.90 |
| 05/07/2024 | GROW GENERATION | Amex Main | $266.92 |
| 05/07/2024 | GROW GENERATION | Amex Main | $3,059.65 |
| 05/06/2024 | GROW GENERATION | Amex Main | $2,104.05 |
| 05/02/2024 | GROW GENERATION | Amex Main | $362.16 |
| 05/02/2024 | GROW GENERATION | Amex Main | $926.80 |
| 05/02/2024 | GROW GENERATION | Amex Main | $1,550.90 |
| 05/01/2024 | GROW GENERATION | Amex Main | $2,098.87 |
| 05/01/2024 | GROW GENERATION | Amex Main | $5,763.25 |
| 04/24/2024 | GROW GENERATION | Amex Main | $594.55 |
| 04/23/2024 | GROW GENERATION | Amex Main | $809.25 |
| 04/22/2024 | GROW GENERATION | Amex Main | $2,453.70 |
| 04/19/2024 | GROW GENERATION | Amex Main | $887.10 |
| 04/15/2024 | GROW GENERATION | Amex Main | $4,171.70 |
| 04/18/2024 | GROW GENERATION | Amex PLUM | $3,177.25 |
| 04/17/2024 | GROW GENERATION | Amex PLUM | $689.76 |
| 04/17/2024 | GROW GENERATION | Amex PLUM | $2,427.75 |
| 04/16/2024 | GROW GENERATION | Amex PLUM | $916.60 |
| 04/16/2024 | GROW GENERATION | Amex PLUM | $2,160.30 |
| 04/08/2024 | GROW GENERATION | Amex PLUM | $2,763.65 |
| | | **GROW GENERATION** | **$106,756.53** |
| | | | |
| 4/3/2024 | HYDROFARM LLC | Bank 1095470 | $2,548.81 |
| 3/27/2024 | HYDROFARM LLC | Bank 1095470 | $2,852.62 |
| 4/3/2024 | HYDROFARM LLC | Bank 1095470 | $4,367.97 |
| 4/3/2024 | HYDROFARM LLC | Bank 1095470 | $16,342.89 |
| 5/29/2024 | HYDROFARM LLC | chase CC | $3,000.00 |
| 5/23/2024 | HYDROFARM LLC | chase CC | $329.01 |
| 5/23/2024 | HYDROFARM LLC | chase CC | $3,000.00 |
| 4/16/2024 | HYDROFARM LLC | chase CC | $4,908.71 |
| 4/14/2024 | HYDROFARM LLC | chase CC | $3,000.00 |
| 4/14/2024 | HYDROFARM LLC | chase CC | $22.32 |
| 4/10/2024 | HYDROFARM LLC | chase CC | $2,000.00 |
| 05/15/2024 | HYDROFARM LLC | Amex Main | $315.45 |
| 05/15/2024 | HYDROFARM LLC | Amex Main | $2,429.17 |
| 05/13/2024 | HYDROFARM LLC | Amex Main | $3,000.00 |
| 05/08/2024 | HYDROFARM LLC | Amex Main | $179.76 |
| 05/08/2024 | HYDROFARM LLC | Amex Main | $2,192.52 |

| Date | Payee | Account | Amount |
|------|-------|---------|--------|
| 05/07/2024 | HYDROFARM LLC | Amex Main | $3,816.97 |
| 05/06/2024 | HYDROFARM LLC | Amex Main | $1,000.00 |
| 05/06/2024 | HYDROFARM LLC | Amex Main | $2,000.00 |
| 05/06/2024 | HYDROFARM LLC | Amex Main | $2,855.58 |
| 05/02/2024 | HYDROFARM LLC | Amex Main | $676.65 |
| 04/30/2024 | HYDROFARM LLC | Amex Main | $23.40 |
| 04/26/2024 | HYDROFARM LLC | Amex Main | $3,000.00 |
| 04/22/2024 | HYDROFARM LLC | Amex Main | $396.57 |
| 04/19/2024 | HYDROFARM LLC | Amex Main | $3,000.00 |
| 04/18/2024 | HYDROFARM LLC | Amex Main | $3,128.76 |
| 04/17/2024 | HYDROFARM LLC | Amex Main | $321.98 |
| 04/17/2024 | HYDROFARM LLC | Amex Main | $2,253.76 |
| 04/17/2024 | HYDROFARM LLC | Amex Main | $9,690.38 |
| 04/16/2024 | HYDROFARM LLC | Amex Main | $739.63 |
| 06/12/2024 | HYDROFARM LLC | Amex Main | $750.00 |
| 06/12/2024 | HYDROFARM LLC | Amex Main | $750.00 |
| | | HYDROFARM LLC | $84,892.91 |
| | | | |
| 4/3/2024 | UPS | Bank 1095472 | 5000 |
| 3/29/2024 | UPS | Bank 1095472 | 4000 |
| 4/1/2024 | UPS | Bank 1095472 | 4003.29 |
| 4/5/2024 | UPS | Bank 1095472 | 4000 |
| 4/15/2024 | UPS | Bank 1095472 | 3459.08 |
| 05/15/2024 | UPS | Amex PLUM | 350.00 |
| 05/01/2024 | UPS | Amex PLUM | 250.00 |
| 04/30/2024 | UPS | Amex PLUM | 56.66 |
| 04/30/2024 | UPS | Amex PLUM | 500.00 |
| 04/25/2024 | UPS | Amex PLUM | 810.47 |
| 04/15/2024 | UPS | Amex PLUM | 200.00 |
| 04/08/2024 | UPS | Amex PLUM | 2000.00 |
| 04/07/2024 | UPS | Amex PLUM | 2000.00 |
| | | UPS | $26,629.50 |