UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

| | |
|---|---|
| Grow Green MI INC, | Case No. 24-31158-jda |
| | Chapter 11 |
| Debtor. | Hon. Joel D. Applebaum |
| _____/ | |

## DEBTOR'S MONTHLY OPERATING REPORT FOR JUNE, 2024

 

Respectfully Submitted,

Goldstein, Bershad & Fried, P.C.

/s/ Scott M. Kwiatkowski
Scott M. Kwiatkowski (P67871)
Attorney for Debtor
4000 Town Center, Suite 1200
Southfield, MI 48075
(248) 355-5300

Dated: August 28, 2024

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

In re:  Case Number: 24-31158-jda

Grow Green MI INC  Subchapter V Chapter 11

Debtor.  Hon. Joel D. Applebaum
_____/

# SMALL BUSINESS MONTHLY OPERATING REPORT

Month: __June 2024  21st - 30th__   Date Filed: __8/26/2024__

Line of Business: __Retail and Ecommerce__   NAICS Code: _____

**IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.**

RESPONSIBLE PARTY: _/s/_____
Original Signature of Responsible Party

__Anthony Portelli__
Printed Name of Responsible Party:

**Questionnaire: (All questions to be answered on behalf of the debtor.)**

| # | Question | Yes | No |
|---|---|---|---|
| 1. | Is the business still operating? | X | |
| 2. | Have you paid all your bills on time this month? | X | |
| 3. | Did you pay your employees on time? | X | |
| 4. | Have you deposited all the receipts for your business into the DIP account this month? | X | |
| 5. | Have you filed all of your tax returns and paid all of your taxes this month? | X | |
| 6. | Have you timely filed all other required government filings? | X | |
| 7. | Have you paid all of your insurance premiums this month? | X | |

8.  Do you plan to continue to operate the business next month?  Yes _x_  No _____

9.  Are you current on your quarterly fee payment to the U.S. Trustee?  Yes _x_  No _____

10. Have you paid anything to your attorney or other professionals this month?  Yes _____  No _x_

11. Did you have any unusual or significant unanticipated expenses this month?  Yes _x_  No _____

12. Has the business sold any goods or provided services or transferred any assets to any business related to the DIP in any way?  Yes _____  No _x_

13. Do you have any bank accounts open other than the DIP account?  Yes _____  No _x_

14. Have you sold any assets other than inventory this month?  Yes _____  No _x_

15. Did any insurance company cancel your policy this month?  Yes _____  No _x_

16. Have you borrowed money from anyone this month?  Yes _____  No _x_

17. Have you paid any bills you owed before you filed bankruptcy?  Yes _____  No _x_

## TAXES

Do you have any past due tax returns or past due post-petition tax obligations?  Yes _x_  No _____

If yes, please provide a written explanation including when such returns will be filed, or when such payments will be made and the source of the funds for the payment.

*(Exhibit A)*

## INCOME

Please separately list all of the income you received for the month. The list should include all income from cash and credit transactions. *(The U.S. Trustee may waive this requirement.)*

TOTAL INCOME $ _____ $16,790.11 _____

## SUMMARY OF CASH ON HAND

Cash on Hand at Start of Month.................................................................... $ _5,800_
Cash on Hand at End of Month...................................................................... $ _5,754.35_
PLEASE PROVIDE THE TOTAL AMOUNT OF CASH
CURRENTLY AVAILABLE TO YOU ........................................................ TOTAL $ _5,754.35_

*(Exhibit B)*

## EXPENSES

Please separately list all expenses paid by cash or by check from your bank accounts this month. Include the date paid, who was paid the money, the purpose and the amount. *(The U.S. Trustee may waive this requirement.)*

**TOTAL EXPENSES** $ $69,585.48

*(Exhibit C)*

## CASH PROFIT

Income for the month (total from Exhibit B)..................................................................... $ $16,790.11
Expenses for the month (total from Exhibit C)................................................................ $ $20,962.57

*(Subtract line C from line B)*    **CASH PROFIT FOR THE MONTH**..................... $ ($4,172.46)

## UNPAID BILLS

Please attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. The list must include the date the debt was incurred, who is owed the money, the purpose of the debt and when the debt is due. *(The U.S. Trustee may waive this requirement.)*

............................................................................................... **TOTAL PAYABLES** $ $1,684,718.58

*(Exhibit D)*

## MONEY OWED TO YOU

Please attach a list of all amounts owed to you by your customers for work you have done or the merchandise you have sold. You should include who owes you money, how much is owed and when is payment due. *(The U.S. Trustee may waive this requirement.)*

............................................................................................... **TOTAL RECEIVABLES** $ 4,576.22

*(Exhibit E)*

## BANKING INFORMATION

Please attach a copy of your latest bank statement for every account you have as of the date of this financial report or had during the period covered by this report.

*(Exhibit F)*

## EMPLOYEES

Number of employees when the case was filed?     6
Number of employees as of the date of this monthly report?     6

## PROFESSIONAL FEES

### *BANKRUPTCY RELATED:*

Professional fees relating to the bankruptcy case paid during this reporting period? ................................................................................ $ $0.00

Total professional fees relating to the bankruptcy case paid since the filing of the case? ........................................................................ $ $0.00

### *NON-BANKRUPTCY RELATED:*

Professional fees paid not relating to the bankruptcy case paid during this reporting period? .................................................................. $ $0.00

Total professional fees paid not relating to the bankruptcy case paid during this reporting period? .................................................................. $ $0.00

## PROJECTIONS

Compare your actual income and expenses to the projections for the first 180 days of your case provided at the initial debtor interview.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ $50,000 | $ $16,790.11 | $ ($33,209.89) |
| EXPENSES | $ $45,627.14 | $ $20,962.57 | $ ($24,664.57) |
| CASH PROFIT | $ $4,372.86 | $ ($10,485.42) | $ ($14,858.28) |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH: .......................................... $ $330,000

TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH: ....................................... $ $323,537.06

TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH: ................................ $ $6,462.94

## ADDITIONAL INFORMATION

**PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.**

**THE HUNTINGTON NATIONAL BANK**
PO BOX 1558 EA1W37
COLUMBUS OH 43216-1558



GROW GREEN MI, INC
11497 DUNLAVY LN
WHITMORE LAKE MI 48189-9743

Have a Question or Concern?

Stop by your nearest Huntington office or contact us at:

1-800-480-2001

www.huntington.com/businessresources

## Huntington Business Checking 100      Account: -------3006

| | |
|---|---|
| **Statement Activity From:** 06/26/24 to 06/30/24 | Beginning Balance $0.00 <br> Total Service Charges (-) 0.00 <br> Ending Balance $0.00 |

Days in Statement Period           5

Average Ledger Balance*            0.00
Average Collected Balance*         0.00

* The above balances correspond to the service charge cycle for this account.

## Service Charge Summary      Account:-------3006

Previous Month Service Charges (-)        $0.00
Total Service Charges (-)                 $0.00

**In the Event of Errors or Questions Concerning Electronic Fund Transfers** (electronic deposits, withdrawals, transfers, payments, or purchases), please call either 1-614-480-2001 or call toll free 1-800-480-2001, or write to The Huntington National Bank Research - EA4W61, P.O. Box 1558, Columbus, Ohio 43216 as soon as you can, if you think your statement or receipt is wrong or if you need more information about an electronic fund transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
  1. Tell us your name, your business's name (if appropriate) and the Huntington account number (if any).
  2. Describe the error or the transaction you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
  3. Tell us the dollar amount of the suspected error. We will investigate your complaint or question and will correct any error promptly.

**Verification of Electronic Deposits** If you authorized someone to make regular electronic fund transfers of money to your account at least once every sixty days, you can find out whether or not the deposit has been received by us, call either 1-614-480-2001 or call toll free 1-800-480-2001.

**Balancing Your Statement** - For your convenience, a balancing page is available on our web site https://www.huntington.com/pdf/balancing.pdf and also available on Huntington Business Online.
Investments are offered through the Huntington Investment Company, Registered Investment Advisor, member FINRA/SIPC, a wholly-owned subsidiary of Huntington Bancshares Inc.

The Huntington National Bank is Member FDIC. ⦿®, Huntington ® and 24-Hour Grace ® are federally registered service marks of Huntington Bancshares Incorporated. The 24-Hour Grace® system and method is patented: US Pat. No. 8,364,581, 8,781,955, 10,475,118, and others pending. ©2024 Huntington Bancshares Incorporated.



# IMPORTANT INFORMATION ABOUT YOUR HUNTINGTON ACCOUNT(S)

We have made important changes to your business checking, savings and money market account(s) as described in this notice. Please retain this document for your records as these changes apply to your Business Account Charges Form, Business Signature Card form, and your business Deposit Account Agreement ("Account Agreements:) for Business Banking Customers.

If you have questions or would like a complete copy of the documents referenced above simply visit your local Huntington office, call your Banker or call 1-800-480-2001 to speak to a Customer Service Center Specialist.

Effective August 1, 2024, changes to the Business Deposit Account Agreement (the "Agreement:) are as follows:

1. The following paragraph has been added as Section 1.c.: "It is industry practice that business customers are responsible to discover and/or prevent unauthorized transactions. We have available certain products designed to discover and/or prevent unauthorized transactions, including unauthorized checks and ACH debits, forgeries, and alterations (Business Security Suite includes check positive pay, reverse positive pay, teller block, check block, ACH positive pay and wire block). While no such product is foolproof, we believe that the products we offer will reduce the risk of loss to you from fraud. You agree that if your account is eligible for such products and you choose not to avail yourself of them, then we will have no liability for any transaction that occurs on your account that those products were designed to discover or prevent, nor will we have any duty to re-credit your account for any such losses. Please know that utilizing Business Security Suite does not prevent all losses. Huntington is responsible to act in good faith and with ordinary care, which does not include reviewing each transaction individually or insuring that you have no losses."

2. The last sentence of the first paragraph of 4.d. has been deleted.

3. Section 19 has been re-named "Huntington Instant Payments (SM) - HIP" and references throughout the section have been updated.

4. Subparagraph d of Section 21 is deleted in its entirety and replaced with the following:

    **ARBITRATION PROCEDURES**
    The American Arbitration Association (AAA) shall administer each arbitration initiated under this Arbitration Provision and in all cases, each arbitrator must be a licensed attorney with more than 10 years of experience. Where AAA's Consumer Arbitration Rules, Mass Arbitration Supplementary Rules, or other applicable rules differ from this Arbitration Provision, the terms of this provision shall apply. For information on initiating arbitration, contact AAA at www.adr.org or 800-778-7879.

    The arbitrator shall issue a reasoned written decision sufficient to explain essential findings and conclusions. If requested, the arbitrator shall apply the cost-shifting provisions of Federal Rule of Civil Procedure 68 after entry of an award.

    By submitting an arbitration demand, the party and counsel represent that, as in court, they are complying with the requirements of Federal Rule of Civil Procedure 11(b), including that the claims and relief sought are neither frivolous nor brought for an improper purpose. The arbitrator is authorized to impose any sanctions available under Federal Rule of Civil Procedure 11 on represented parties and their counsel.

## IMPORTANT INFORMATION REGARDING YOUR STATEMENTS

### EFFECTIVE AUGUST 1, 2024

Effective August 1, 2024, we will be implementing several improvements to your Demand Deposit Account ("DDA" or "checking account") Money Market Account ("MMA"), and Savings detailed billing statements. These enhancements will include improved visual accessibility, enhanced account privacy, a redesigned invoice section, and an updated balance required calculation for earnings credit.
With your statement generated on September 9th, the updated statement changes will be as follows:

- Your account numbers will be partially masked, with only the last five digits being displayed.



- The Service Charge detail section will be redesigned to facilitate easy navigation through the charges.  Additionally, a new Charge Code column will be added to provide a description of the service charge:
    - B   (Billable) use when none of the other charge code types apply
    - C  (for **CONSOLIDATED lines)
    - N  (for **NO CHARGE lines)
    - E  (for **EXPLICIT CHARGE lines)
    - S  (for **BILLED SEPARATELY lines)

- The balance required calculation for earnings credit will no longer be rounding the balance required to offset $1 of fees to the nearest whole number.  The new interest calculation steps are as follows:  "To determine the balance level required to offset all monthly service charges, you must multiply the total service charges for that month by a multiplier.  The multiplier is calculated by dividing the number of days in a year (366 for a leap year) by the result of the Earnings Credit Rate multiplied by the number of days in the statement cycle."

- For customer who receive invoices, the invoice section will undergo significant improvements in order to enhance the customer experience in managing invoices.  The key updates will include displaying outstanding invoices and their current amounts due, as well as presenting a categorized breakdown of due amounts by month.

No action is required from you.  Your statements will automatically transition to the new statement version.  The content of the statements will remain unchanged, except for the balance required calculation for earnings credit formula change.  For examples of this new statement format are available for viewing at huntington.com/AccountAnalysis.

These changes will be effective August 1, 2024, and reflected on your August analysis statement (received in September).  Please note, the simplified formula changes may have no impact on your statement.  For questions regarding statement changes, please contact your Banker, Relationship Manager, Treasury Management Advisor or call us at (800)-480-2001, Monday through Friday, 8:00am to 8:00pm ET and Saturday, 8:00am to 2:00pm ET.


GROW GREEN MI, INC
11497 DUNLAVY LN
WHITMORE LAKE MI 48189-9743

*Have a Question or Concern?*

Stop by your nearest Huntington office or contact us at:

1-800-480-2001

www.huntington.com/ businessresources

## Huntington Business Checking 100           Account: -------2968

| | |
|---|---|
| **Statement Activity From:** 06/26/24 to 06/30/24 | **Beginning Balance** $0.00 |
| | **Credits (+)** 800.43 |
| | Regular Deposits 800.00 |
| Days in Statement Period  5 | Electronic Deposits 0.43 |
| | **Debits (-)** 715.47 |
| Average Ledger Balance*  0.00 | Electronic Withdrawals 715.47 |
| Average Collected Balance*  0.00 | **Total Service Charges (-)** 0.00 |
| * The above balances correspond to the service charge cycle for this account. | **Ending Balance** $84.96 |

### Deposits (+)                                                        Account:-------2968

| Date | Amount | Serial # | Type | Date | Amount | Serial # | Type |
|---|---|---|---|---|---|---|---|
| 06/25 | 100.00 | | Brch/ATM | 06/26 | 700.00 | | Brch/ATM |

### Other Credits (+)                                                   Account:-------2968

| Date | Amount | Description |
|---|---|---|
| 06/26 | 0.27 | Bill.com ACCTVERIFY  016HZCFKW3DZ2HK |
| 06/28 | 0.16 | GOOGLE ACCTVERIFY  US0041FARU |

### Other Debits (-)                                                    Account:-------2968

| Date | Amount | Description |
|---|---|---|
| 06/26 | 0.27 | Bill.com ACCTVERIFY  016HZCFKW3DZ2HK |
| 06/26 | 55.50 | Bill.com Payables  016VOOGSL3DYB0H Netafim Irrigation, Inc Bill.com 016VOOG SL3DYB0H Acct #1232127 - Inv #2100784179 |
| 06/26 | 308.20 | Bill.com Payables  016JEEQVU3DYB0E Morgan Composting, Inc. Bill.com 016JEEQ VU3DYB0E Acct #Grow Green MI - Inv #2402 |
| 06/26 | 350.00 | Bill.com Payables  016ULFAOI3DYB0A GGM Transport LLC Bill.com 016ULFAOI3DYB 0A Acct #Grow Green Freight Loads - Inv |
| 06/27 | 1.50 | Bill.com Payables  016DSCPPA3DZZ5A YHS Bill.com 016DSCPPA3DZZ5 A Inv test-001 |

Investments are offered through the Huntington Investment Company, Registered Investment Advisor, member FINRA/SIPC, a wholly-owned subsidiary of Huntington Bancshares Inc.

The Huntington National Bank is Member FDIC.   ®, Huntington ® and 24-Hour Grace ® are federally registered service marks of Huntington Bancshares Incorporated. The 24-Hour Grace® system and method is patented: US Pat. No. 8,364,581, 8,781,955, 10,475,118, and others pending. ©2024 Huntington Bancshares Incorporated.



## Service Charge Summary　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Account:-------2968*

| | |
|---|---|
| **Previous Month Service Charges (-)** | **$0.00** |
| **Total Service Charges (-)** | **$0.00** |

## Balance Activity　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Account:-------2968*

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 06/25 | 100.00 | 06/27 | 84.80 | | |
| 06/26 | 86.30 | 06/28 | 84.96 | | |

**In the Event of Errors or Questions Concerning Electronic Fund Transfers** (electronic deposits, withdrawals, transfers, payments, or purchases), please call either 1-614-480-2001 or call toll free 1-800-480-2001, or write to The Huntington National Bank Research - EA4W61, P.O. Box 1558, Columbus, Ohio 43216 as soon as you can, if you think your statement or receipt is wrong or if you need more information about an electronic fund transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name, your business's name (if appropriate) and the Huntington account number (if any).
2. Describe the error or the transaction you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error. We will investigate your complaint or question and will correct any error promptly.

**Verification of Electronic Deposits** If you authorized someone to make regular electronic fund transfers of money to your account at least once every sixty days, you can find out whether or not the deposit has been received by us, call either 1-614-480-2001 or call toll free 1-800-480-2001.

**Balancing Your Statement** - For your convenience, a balancing page is available on our web site https://www.huntington.com/pdf/balancing.pdf and also available on Huntington Business Online.



# IMPORTANT INFORMATION ABOUT YOUR HUNTINGTON ACCOUNT(S)

We have made important changes to your business checking, savings and money market account(s) as described in this notice. Please retain this document for your records as these changes apply to your Business Account Charges Form, Business Signature Card form, and your business Deposit Account Agreement ("Account Agreements:) for Business Banking Customers.

If you have questions or would like a complete copy of the documents referenced above simply visit your local Huntington office, call your Banker or call 1-800-480-2001 to speak to a Customer Service Center Specialist.

Effective August 1, 2024, changes to the Business Deposit Account Agreement (the "Agreement:) are as follows:

1. The following paragraph has been added as Section 1.c.: "It is industry practice that business customers are responsible to discover and/or prevent unauthorized transactions. We have available certain products designed to discover and/or prevent unauthorized transactions, including unauthorized checks and ACH debits, forgeries, and alterations (Business Security Suite includes check positive pay, reverse positive pay, teller block, check block, ACH positive pay and wire block). While no such product is foolproof, we believe that the products we offer will reduce the risk of loss to you from fraud. You agree that if your account is eligible for such products and you choose not to avail yourself of them, then we will have no liability for any transaction that occurs on your account that those products were designed to discover or prevent, nor will we have any duty to re-credit your account for any such losses. Please know that utilizing Business Security Suite does not prevent all losses. Huntington is responsible to act in good faith and with ordinary care, which does not include reviewing each transaction individually or insuring that you have no losses."

2. The last sentence of the first paragraph of 4.d. has been deleted.

3. Section 19 has been re-named "Huntington Instant Payments (SM) - HIP" and references throughout the section have been updated.

4. Subparagraph d of Section 21 is deleted in its entirety and replaced with the following:

    **ARBITRATION PROCEDURES**
    The American Arbitration Association (AAA) shall administer each arbitration initiated under this Arbitration Provision and in all cases, each arbitrator must be a licensed attorney with more than 10 years of experience. Where AAA's Consumer Arbitration Rules, Mass Arbitration Supplementary Rules, or other applicable rules differ from this Arbitration Provision, the terms of this provision shall apply. For information on initiating arbitration, contact AAA at www.adr.org or 800-778-7879.

    The arbitrator shall issue a reasoned written decision sufficient to explain essential findings and conclusions. If requested, the arbitrator shall apply the cost-shifting provisions of Federal Rule of Civil Procedure 68 after entry of an award.

    By submitting an arbitration demand, the party and counsel represent that, as in court, they are complying with the requirements of Federal Rule of Civil Procedure 11(b), including that the claims and relief sought are neither frivolous nor brought for an improper purpose. The arbitrator is authorized to impose any sanctions available under Federal Rule of Civil Procedure 11 on represented parties and their counsel.

## IMPORTANT INFORMATION REGARDING YOUR STATEMENTS

### EFFECTIVE AUGUST 1, 2024

Effective August 1, 2024, we will be implementing several improvements to your Demand Deposit Account ("DDA" or "checking account") Money Market Account ("MMA"), and Savings detailed billing statements. These enhancements will include improved visual accessibility, enhanced account privacy, a redesigned invoice section, and an updated balance required calculation for earnings credit.
With your statement generated on September 9th, the updated statement changes will be as follows:

- Your account numbers will be partially masked, with only the last five digits being displayed.



- The Service Charge detail section will be redesigned to facilitate easy navigation through the charges. Additionally, a new Charge Code column will be added to provide a description of the service charge:
  - B  (Billable) use when none of the other charge code types apply
  - C  (for **CONSOLIDATED lines)
  - N  (for **NO CHARGE lines)
  - E  (for **EXPLICIT CHARGE lines)
  - S  (for **BILLED SEPARATELY lines)

- The balance required calculation for earnings credit will no longer be rounding the balance required to offset $1 of fees to the nearest whole number. The new interest calculation steps are as follows: "To determine the balance level required to offset all monthly service charges, you must multiply the total service charges for that month by a multiplier. The multiplier is calculated by dividing the number of days in a year (366 for a leap year) by the result of the Earnings Credit Rate multiplied by the number of days in the statement cycle."

- For customer who receive invoices, the invoice section will undergo significant improvements in order to enhance the customer experience in managing invoices. The key updates will include displaying outstanding invoices and their current amounts due, as well as presenting a categorized breakdown of due amounts by month.

No action is required from you. Your statements will automatically transition to the new statement version. The content of the statements will remain unchanged, except for the balance required calculation for earnings credit formula change. For examples of this new statement format are available for viewing at huntington.com/AccountAnalysis.

These changes will be effective August 1, 2024, and reflected on your August analysis statement (received in September). Please note, the simplified formula changes may have no impact on your statement. For questions regarding statement changes, please contact your Banker, Relationship Manager, Treasury Management Advisor or call us at (800)-480-2001, Monday through Friday, 8:00am to 8:00pm ET and Saturday, 8:00am to 2:00pm ET.

THE HUNTINGTON NATIONAL BANK  
PO BOX 1558 EA1W37  
COLUMBUS OH 43216-1558



GROW GREEN MI, INC  
11497 DUNLAVY LN  
WHITMORE LAKE MI 48189-9743

Have a Question or Concern?

Stop by your nearest Huntington office or contact us at:

1-800-480-2001

www.huntington.com/businessresources

## Huntington Business Checking 100    Account: -------2955

| Statement Activity From: 06/26/24 to 06/30/24 | | Beginning Balance | $0.00 |
|---|---|---|---|
| | | Total Service Charges (-) | 0.00 |
| | | Ending Balance | $0.00 |
| Days in Statement Period | 5 | | |
| Average Ledger Balance* | 0.00 | | |
| Average Collected Balance* | 0.00 | | |

* The above balances correspond to the service charge cycle for this account.

## Service Charge Summary    Account:-------2955

| Previous Month Service Charges (-) | $0.00 |
|---|---|
| Total Service Charges (-) | $0.00 |

**In the Event of Errors or Questions Concerning Electronic Fund Transfers** (electronic deposits, withdrawals, transfers, payments, or purchases), please call either 1-614-480-2001 or call toll free 1-800-480-2001, or write to The Huntington National Bank Research - EA4W61, P.O. Box 1558, Columbus, Ohio 43216 as soon as you can, if you think your statement or receipt is wrong or if you need more information about an electronic fund transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name, your business's name (if appropriate) and the Huntington account number (if any).
2. Describe the error or the transaction you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error. We will investigate your complaint or question and will correct any error promptly.

**Verification of Electronic Deposits** If you authorized someone to make regular electronic fund transfers of money to your account at least once every sixty days, you can find out whether or not the deposit has been received by us, call either 1-614-480-2001 or call toll free 1-800-480-2001.

**Balancing Your Statement** - For your convenience, a balancing page is available on our web site https://www.huntington.com/pdf/balancing.pdf and also available on Huntington Business Online.

Investments are offered through the Huntington Investment Company, Registered Investment Advisor, member FINRA/SIPC, a wholly-owned subsidiary of Huntington Bancshares Inc.

The Huntington National Bank is Member FDIC. ⦁®, Huntington ® and 24-Hour Grace ® are federally registered service marks of Huntington Bancshares Incorporated. The 24-Hour Grace® system and method is patented: US Pat. No. 8,364,581, 8,781,955, 10,475,118, and others pending. ©2024 Huntington Bancshares Incorporated.



# IMPORTANT INFORMATION ABOUT YOUR HUNTINGTON ACCOUNT(S)

We have made important changes to your business checking, savings and money market account(s) as described in this notice. Please retain this document for your records as these changes apply to your Business Account Charges Form, Business Signature Card form, and your business Deposit Account Agreement ("Account Agreements:) for Business Banking Customers.

If you have questions or would like a complete copy of the documents referenced above simply visit your local Huntington office, call your Banker or call 1-800-480-2001 to speak to a Customer Service Center Specialist.

Effective August 1, 2024, changes to the Business Deposit Account Agreement (the "Agreement:) are as follows:

1. The following paragraph has been added as Section 1.c.: "It is industry practice that business customers are responsible to discover and/or prevent unauthorized transactions. We have available certain products designed to discover and/or prevent unauthorized transactions, including unauthorized checks and ACH debits, forgeries, and alterations (Business Security Suite includes check positive pay, reverse positive pay, teller block, check block, ACH positive pay and wire block). While no such product is foolproof, we believe that the products we offer will reduce the risk of loss to you from fraud. You agree that if your account is eligible for such products and you choose not to avail yourself of them, then we will have no liability for any transaction that occurs on your account that those products were designed to discover or prevent, nor will we have any duty to re-credit your account for any such losses. Please know that utilizing Business Security Suite does not prevent all losses. Huntington is responsible to act in good faith and with ordinary care, which does not include reviewing each transaction individually or insuring that you have no losses."

2. The last sentence of the first paragraph of 4.d. has been deleted.

3. Section 19 has been re-named "Huntington Instant Payments (SM) - HIP" and references throughout the section have been updated.

4. Subparagraph d of Section 21 is deleted in its entirety and replaced with the following:

    **ARBITRATION PROCEDURES**
    The American Arbitration Association (AAA) shall administer each arbitration initiated under this Arbitration Provision and in all cases, each arbitrator must be a licensed attorney with more than 10 years of experience. Where AAA's Consumer Arbitration Rules, Mass Arbitration Supplementary Rules, or other applicable rules differ from this Arbitration Provision, the terms of this provision shall apply. For information on initiating arbitration, contact AAA at www.adr.org or 800-778-7879.

    The arbitrator shall issue a reasoned written decision sufficient to explain essential findings and conclusions. If requested, the arbitrator shall apply the cost-shifting provisions of Federal Rule of Civil Procedure 68 after entry of an award.

    By submitting an arbitration demand, the party and counsel represent that, as in court, they are complying with the requirements of Federal Rule of Civil Procedure 11(b), including that the claims and relief sought are neither frivolous nor brought for an improper purpose. The arbitrator is authorized to impose any sanctions available under Federal Rule of Civil Procedure 11 on represented parties and their counsel.

## IMPORTANT INFORMATION REGARDING YOUR STATEMENTS

### EFFECTIVE AUGUST 1, 2024

Effective August 1, 2024, we will be implementing several improvements to your Demand Deposit Account ("DDA" or "checking account") Money Market Account ("MMA"), and Savings detailed billing statements. These enhancements will include improved visual accessibility, enhanced account privacy, a redesigned invoice section, and an updated balance required calculation for earnings credit.
With your statement generated on September 9th, the updated statement changes will be as follows:

- Your account numbers will be partially masked, with only the last five digits being displayed.



- The Service Charge detail section will be redesigned to facilitate easy navigation through the charges.  Additionally, a new Charge Code column will be added to provide a description of the service charge:
    - B   (Billable) use when none of the other charge code types apply
    - C  (for **CONSOLIDATED lines)
    - N  (for **NO CHARGE lines)
    - E  (for **EXPLICIT CHARGE lines)
    - S  (for **BILLED SEPARATELY lines)

- The balance required calculation for earnings credit will no longer be rounding the balance required to offset $1 of fees to the nearest whole number.  The new interest calculation steps are as follows:  "To determine the balance level required to offset all monthly service charges, you must multiply the total service charges for that month by a multiplier.  The multiplier is calculated by dividing the number of days in a year (366 for a leap year) by the result of the Earnings Credit Rate multiplied by the number of days in the statement cycle."

- For customer who receive invoices, the invoice section will undergo significant improvements in order to enhance the customer experience in managing invoices.  The key updates will include displaying outstanding invoices and their current amounts due, as well as presenting a categorized breakdown of due amounts by month.

No action is required from you.  Your statements will automatically transition to the new statement version.  The content of the statements will remain unchanged, except for the balance required calculation for earnings credit formula change.  For examples of this new statement format are available for viewing at huntington.com/AccountAnalysis.

These changes will be effective August 1, 2024, and reflected on your August analysis statement (received in September).  Please note, the simplified formula changes may have no impact on your statement.  For questions regarding statement changes, please contact your Banker, Relationship Manager, Treasury Management Advisor or call us at (800)-480-2001, Monday through Friday, 8:00am to 8:00pm ET and Saturday, 8:00am to 2:00pm ET.


GROW GREEN MI, INC
11497 DUNLAVY LN
WHITMORE LAKE MI 48189-9743

Have a Question or Concern?

Stop by your nearest Huntington office or contact us at:

1-800-480-2001

www.huntington.com/businessresources

## Huntington Business Checking 100     Account: -------2971

**Statement Activity From:**
**06/26/24 to 06/30/24**

| | |
|---|---:|
| Beginning Balance | $0.00 |
| Total Service Charges (-) | 0.00 |
| Ending Balance | $0.00 |

Days in Statement Period    5

Average Ledger Balance*    0.00
Average Collected Balance*    0.00

* The above balances correspond to the service charge cycle for this account.

## Service Charge Summary     Account:-------2971

| | |
|---|---:|
| Previous Month Service Charges (-) | $0.00 |
| Total Service Charges (-) | $0.00 |

**In the Event of Errors or Questions Concerning Electronic Fund Transfers** (electronic deposits, withdrawals, transfers, payments, or purchases), please call either 1-614-480-2001 or call toll free 1-800-480-2001, or write to The Huntington National Bank Research - EA4W61, P.O. Box 1558, Columbus, Ohio 43216 as soon as you can, if you think your statement or receipt is wrong or if you need more information about an electronic fund transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
  1. Tell us your name, your business's name (if appropriate) and the Huntington account number (if any).
  2. Describe the error or the transaction you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
  3. Tell us the dollar amount of the suspected error. We will investigate your complaint or question and will correct any error promptly.

**Verification of Electronic Deposits** If you authorized someone to make regular electronic fund transfers of money to your account at least once every sixty days, you can find out whether or not the deposit has been received by us, call either 1-614-480-2001 or call toll free 1-800-480-2001.

**Balancing Your Statement** - For your convenience, a balancing page is available on our web site https://www.huntington.com/pdf/balancing.pdf and also available on Huntington Business Online.

Investments are offered through the Huntington Investment Company, Registered Investment Advisor, member FINRA/SIPC, a wholly-owned subsidiary of Huntington Bancshares Inc.

The Huntington National Bank is Member FDIC. ⬥®, Huntington ® and 24-Hour Grace ® are federally registered service marks of Huntington Bancshares Incorporated. The 24-Hour Grace® system and method is patented: US Pat. No. 8,364,581, 8,781,955, 10,475,118, and others pending. ©2024 Huntington Bancshares Incorporated.



# IMPORTANT INFORMATION ABOUT YOUR HUNTINGTON ACCOUNT(S)

We have made important changes to your business checking, savings and money market account(s) as described in this notice. Please retain this document for your records as these changes apply to your Business Account Charges Form, Business Signature Card form, and your business Deposit Account Agreement ("Account Agreements:) for Business Banking Customers.

If you have questions or would like a complete copy of the documents referenced above simply visit your local Huntington office, call your Banker or call 1-800-480-2001 to speak to a Customer Service Center Specialist.

Effective August 1, 2024, changes to the Business Deposit Account Agreement (the "Agreement:) are as follows:

1. The following paragraph has been added as Section 1.c.: "It is industry practice that business customers are responsible to discover and/or prevent unauthorized transactions. We have available certain products designed to discover and/or prevent unauthorized transactions, including unauthorized checks and ACH debits, forgeries, and alterations (Business Security Suite includes check positive pay, reverse positive pay, teller block, check block, ACH positive pay and wire block). While no such product is foolproof, we believe that the products we offer will reduce the risk of loss to you from fraud. You agree that if your account is eligible for such products and you choose not to avail yourself of them, then we will have no liability for any transaction that occurs on your account that those products were designed to discover or prevent, nor will we have any duty to re-credit your account for any such losses. Please know that utilizing Business Security Suite does not prevent all losses. Huntington is responsible to act in good faith and with ordinary care, which does not include reviewing each transaction individually or insuring that you have no losses."

2. The last sentence of the first paragraph of 4.d. has been deleted.

3. Section 19 has been re-named "Huntington Instant Payments (SM) - HIP" and references throughout the section have been updated.

4. Subparagraph d of Section 21 is deleted in its entirety and replaced with the following:

   **ARBITRATION PROCEDURES**
   The American Arbitration Association (AAA) shall administer each arbitration initiated under this Arbitration Provision and in all cases, each arbitrator must be a licensed attorney with more than 10 years of experience. Where AAA's Consumer Arbitration Rules, Mass Arbitration Supplementary Rules, or other applicable rules differ from this Arbitration Provision, the terms of this provision shall apply. For information on initiating arbitration, contact AAA at www.adr.org or 800-778-7879.

   The arbitrator shall issue a reasoned written decision sufficient to explain essential findings and conclusions. If requested, the arbitrator shall apply the cost-shifting provisions of Federal Rule of Civil Procedure 68 after entry of an award.

   By submitting an arbitration demand, the party and counsel represent that, as in court, they are complying with the requirements of Federal Rule of Civil Procedure 11(b), including that the claims and relief sought are neither frivolous nor brought for an improper purpose. The arbitrator is authorized to impose any sanctions available under Federal Rule of Civil Procedure 11 on represented parties and their counsel.

## IMPORTANT INFORMATION REGARDING YOUR STATEMENTS

### EFFECTIVE AUGUST 1, 2024

Effective August 1, 2024, we will be implementing several improvements to your Demand Deposit Account ("DDA" or "checking account") Money Market Account ("MMA"), and Savings detailed billing statements. These enhancements will include improved visual accessibility, enhanced account privacy, a redesigned invoice section, and an updated balance required calculation for earnings credit.
With your statement generated on September 9th, the updated statement changes will be as follows:

- Your account numbers will be partially masked, with only the last five digits being displayed.



- The Service Charge detail section will be redesigned to facilitate easy navigation through the charges. Additionally, a new Charge Code column will be added to provide a description of the service charge:
    - B  (Billable) use when none of the other charge code types apply
    - C  (for **CONSOLIDATED lines)
    - N  (for **NO CHARGE lines)
    - E  (for **EXPLICIT CHARGE lines)
    - S  (for **BILLED SEPARATELY lines)

- The balance required calculation for earnings credit will no longer be rounding the balance required to offset $1 of fees to the nearest whole number. The new interest calculation steps are as follows: "To determine the balance level required to offset all monthly service charges, you must multiply the total service charges for that month by a multiplier. The multiplier is calculated by dividing the number of days in a year (366 for a leap year) by the result of the Earnings Credit Rate multiplied by the number of days in the statement cycle."

- For customer who receive invoices, the invoice section will undergo significant improvements in order to enhance the customer experience in managing invoices. The key updates will include displaying outstanding invoices and their current amounts due, as well as presenting a categorized breakdown of due amounts by month.

No action is required from you. Your statements will automatically transition to the new statement version. The content of the statements will remain unchanged, except for the balance required calculation for earnings credit formula change. For examples of this new statement format are available for viewing at huntington.com/AccountAnalysis.

These changes will be effective August 1, 2024, and reflected on your August analysis statement (received in September). Please note, the simplified formula changes may have no impact on your statement. For questions regarding statement changes, please contact your Banker, Relationship Manager, Treasury Management Advisor or call us at (800)-480-2001, Monday through Friday, 8:00am to 8:00pm ET and Saturday, 8:00am to 2:00pm ET.